

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806   www.pryorcashman.com

**Brad D. Rose**
Partner

Direct Tel: 212-326-0875
Direct Fax: 212-798-6369
brose@pryorcashman.com

June 24, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2022
```

<u>**VIA ECF**</u>

Hon. Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

    Re:    *Spray Moret, LLC v. Moises Lifshitz, et al.*,
               No. 1:22-cv-4043 (MKV) (S.D.N.Y.)

Dear Judge Vyskocil:

    We represent Plaintiff Spray Moret, LLC ("Plaintiff") in the above-captioned matter. We write pursuant to Rule 2.G of Your Honor's Individual Rules to respectfully request that the Court (i) adjourn the hearing on Plaintiff's Motion for a Preliminary Injunction [ECF No. 27] recently scheduled for June 30, 2022 [*see* ECF No. 38], until **on or after August 8, 2022**; and (ii) extend the time for all defendants (Moises Lifshitz, Isaac Alejandro Lifshitz Micha, Atmpacks S.A. de C.V., Sprayground S.A. de C.V., International Business Strategy & Consultants, LLC a/k/a American Backpacker, ATM Luggage, Spraygirlofficial, and Javier Mucino; collectively, "Defendants") to file an answer or otherwise move to **<u>August 8, 2022</u>**.

    The reason for the requested adjournment and extension of time is that the undersigned counsel and counsel for Defendants are actively engaged in settlement discussions.

    This is Plaintiff's first request for an adjournment in connection with this hearing. Defendants Moises Lifshitz, Isaac Alejandro Lifshitz Micha, International Business Strategy & Consultants, LLC a/k/a American Backpacker, and Javier Mucino previously requested an extension of time to answer or move on June 14, 2022, which Your Honor granted [ECF No. 41]. No other dates will be affected should the adjournment and extension be granted.

    We have conferred with counsel for Defendants, and they consent to the requested adjournment and extension of time.

6518855 v1
30772.00013

Case 1:22-cv-04043-MKV   Document 48   Filed 06/27/22   Page 2 of 2



Hon. Mary Kay Vyskocil
June 24, 2022
Page 2

We thank the Court for its attention to these requests.

Respectfully submitted,

Brad D. Rose

cc: All Counsel of Record (via ECF)

> **GRANTED.** The hearing scheduled for June 30, 2022 is hereby adjourned to August 24, 2022 at 3:00pm. SO ORDERED.
>
> Date: 6/27/2022
> New York, New York
>
> Mary Kay Vyskocil
> United States District Judge

6518855 v1
30772.00013